**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARRKANSAS**
**CENTRAL DIVISION**

IN RE:   SWEET HOME HIGGINS RED OAK
           SEWER FACILITIES BOARD                     **CASE NO.  22-12463**
                      **DEBTOR**                               **CHAPTER 9**

## MOTION FOR VOLUNTARY DISMISSAL

Comes the Debtor, Sweet Home Higgins Red Oak Sewer Facilities Board, by and through its attorney, Sheila F. Campbell, and for its Motion For Voluntary Dismissal, states:

1.  That the Debtor filed a petition for relief on September 9, 2022, under Chapter 9 of the United States Bankruptcy Code.

2.  That the Debtor has resolved all of the circumstances that resulted in it petition for relief under Chapter 9 of the United States Bankruptcy Code.

**WHEREFORE,** Debtor, Sweet Home Higgins Red Oak Sewer Facilities Board, moves for a voluntary dismissal of its petition for relief under Chapter 9 of the United States Bankruptcy Court.

Respectfully submitted,

/s/Sheila F. Campbell
Sheila F. Campbell  83-239
Attorney at Law
2510 Percy Machin Dr.
North Little Rock, AR  72114
(501)  374-0700 (telephone)
(501)  372-5375(fax)
sheila.sfclaw@gmail.com.

1

## <u>CERTIFICATE OF SERVICE</u>

I, Sheila F. Campbell, hereby certify that I have served a copy of the foregoing Motion to Voluntary Dismiss on the following attorney of record through the electronic filing system of the Court on this 14th day of October, 2025:

Judy Simmons Henry
WRIGHT, LINDSEY & JENNINGS
200 W, Capitol Ave., Ste 2300
Little Rock, AR  72201-3699

<u>/s/Sheila F. Campbell</u>
Sheila F. Campbell