## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARRKANSAS
## CENTRAL DIVISION

IN RE:   SWEET HOME HIGGINS RED OAK
   SEWER FACILITIES BOARD       CASE NO. 22-12463
          DEBTOR        CHAPTER 9

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

Comes on for consideration the Debtor's Motion for Voluntary Dismissal.  The Debtor, Sweet Home Higgins Red Oak Sewer Facilities Board, appeared by and through its attorney, Sheila F. Campbell.  And the Court being well and sufficiently advised in the premised, doth finds:

1.  That the Debtor filed a petition for relief on September 9, 2022, under Chapter 9 of the United States Bankruptcy Code.

2.  That the Debtor has resolved all of the circumstances that resulted in it petition for relief under Chapter 9 of the United States Bankruptcy Code.

**IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED** the Debtor's Motion for Voluntary Dismissal of its petition for relief under Chapter 9 of the United States Bankruptcy Court is hereby granted.

         _____

         Honorable Bianca M. Rucker
         United States Bankruptcy Judge
         Dated: 10/14/2025

1

**PREPARED BY:**

/s/Sheila F. Campbell
Sheila F. Campbell  83-239
2510 Percy Machin Dr.
North Little Rock, AR  72114
(501)  374-0700 (telephone)
(501)  372-5375(fax)
sheila.sfclaw@gmail.com